1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MEREDITH J. EDWARDS (CABN 279301)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail: meredith.edwards@usdoj.gov
8
   Attorneys for United States of America
9

**Filed**

OCT 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 12-71035 PSG
                                       )
14        Plaintiff,                   )
                                       )   NOTICE OF DISMISSAL
15     v.                              )
                                       )
16  ELIO ADAN SALGADO-VASQUEZ,         )
                                       )
17        Defendant.                   )
                                       )
18  _____  )

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above Complaint

21  without prejudice and moves that the Court quash the arrest warrant issued in connection with

22  the Complaint in this case.

23
    DATED: September 28, 2012              Respectfully submitted,
24
                                           MELINDA HAAG
25                                         United States Attorney

26

27                                               /s/
                                           _____
                                           MEREDITH J. EDWARDS
28                                         Special Assistant United States Attorney

NOTICE OF DISMISSAL (12-71035 PSG)

1 | Leave is granted to the government to dismiss the Complaint. It is further ordered that
2 | the arrest warrant issued in connection with the Complaint is quashed.

Date: 10·2·12

PAUL S. GREWAL
United States Magistrate Judge